UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: ) | CHAPTER 7 |
| ANTHONY LENARDO RUSSELL, ) | CASE NO. 21-55755-SMS |
| DEBTORS. ) | |
| --------------------------------------- | |
| MARY IDA TOWNSON, ) | **CONTESTED MATTER** |
| UNITED STATES TRUSTEE, ) | |
| MOVANT, ) | |
| VS. ) | |
| ANTHONY LENARDO RUSSELL, ) | |
| RESPONDENTS. ) | |

**DEBTOR'S RESPONSE IN OPPOSITION TO THE UNITED STATES TRUSTEE'S MOTION TO DISMISS UNDER 11 U.S.C. § 707(b)(3)**

Comes now Respondent, Anthony Lenardo Russell ("Debtor"), and files this Response in Opposition to the Motion to Dismiss ("Motion") (Doc. No. 19) pursuant to 11 U.S.C. § 707(b)(3) filed by Mary Ida Townson, United States Trustee, Movant ("Trustee"). Each paragraph of this response replies to the paragraph of the Motion filed by Trustee bearing the same number.

Debtor denies allegations contained the in Introductory Paragraph.

I. COURSE OF PROCEEDINGS AND STATEMENT OF FACTS

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.

II. TIMELINESS OF MOTION

5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.

III. CITATION OF AUTHORITY

9. Paragraph 9 contains statements and analysis of law and therefore requires no response. To the extent a response is required, Debtor specifically denies the applicability of § 707(b)(1) and generally denies any allegations raised in Paragraph 9.

10. Paragraph 10 contains statements and analysis of law and therefore requires no response. To the extent a response is required, Debtor denies any allegations raised in Paragraph 10.

IV. THE PRESUMPTION OF ABUSE ARISES IN THIS CASE

11. Denied.

12. Paragraph 12 contains statements and analysis of law and therefore requires no response. To the extent a response is required, Debtor denies any allegations raised in Paragraph 12.

13. Paragraph 13 contains statements and analysis of law and therefore requires no response. To the extent a response is required, Debtor denies any allegations raised in Paragraph 13.

   **A. Debtor understated his Combined Monthly Income.**

14. Admitted.

15. Debtor admitted the United States Trustee prepared a calculation of Debtor's monthly income, but denies the Trustee's calculation is correct.

16. Denied.

   **B. Debtor's monthly disposable income**

17. Denied.

18. Denied.

19. Denied.

   CONCLUSION

20. Admitted.

21. Admitted.

22. Debtor admits he can afford to make a payment through a Chapter 13 bankruptcy, but denies it would provide a substantial distribution to general unsecured creditors.

23. Admitted.

24. Admitted.

25. Denied.

Respectfully submitted,

_____ /s/
Charles M. Clapp
Attorney for Debtor
5 Concourse Parkway NE
30th Floor
Atlanta, GA 30328
(404) 585-0040 (Office)
(404) 393-8893 (Fax)
charles@lawcmc.com

## CERTIFICATE OF SERVICE

The undersigned hereby states that I am more than eighteen years of age, and that on this day I served a copy of the within "DEBTOR'S RESPONSE IN OPPOSITION TO THE UNITED STATES TRUSTEE'S MOTION TO DISMISS" filed in this Bankruptcy Case upon the Trustee electronically and upon the following by depositing a copy of same in the United States Mail with sufficient certified postage thereon to ensure delivery:

United States Department of Justice
Office of the United States Trustee
Attn: Lindsay Kolba
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

This Tuesday, November 16, 2021.

Respectfully submitted,

_____ /s/
Charles M. Clapp
Attorney for Debtor
5 Concourse Parkway NE
30th Floor
Atlanta, GA 30328
(404) 585-0040 (Office)
(404) 393-8893 (Fax)
charles@lawcmc.com